**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| KATHRYN BERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02830-TWP-MG |
| | ) | |
| AMBRE BLEND, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court having this day made its Entry dismissing Plaintiff's state law claims without prejudice for lack of jurisdiction and directing the entry of final judgment, the Court now enters **FINAL JUDGMENT**. The action is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Date: 4/12/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ______________________
Deputy Clerk, U.S. District Court

Distribution:

Steven Michael Crell
COHEN GARELICK & GLAZIER
screll@cgglawfirm.com

Keith L. Hancock
Riley Cate , LLC
khancock@rileycate.com

Ronald E. Weldy
WELDY LAW
rweldy@weldylegal.com